SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
212 735 3483
DIRECT FAX
917 777 3483
EMAIL ADDRESS
Christopher.Gunther@SKADDEN.COM

FIRM/AFFILIATE OFFICES
————
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
————
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

November 14, 2022

**VIA ECF**
The Honorable Naomi R. Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

RE: _United States v. Carmine Sarnelli_, 22 Crim. 116 (NRB)

Dear Judge Buchwald:

We write on behalf of our client, Carmine Sarnelli, in response to the government's November 9, 2022 letter motion seeking to quash the Rule 17(c) subpoena issued by the defense to the Suffolk County Police Department ("SCPD") on October 26, 2022. We discussed our request with the government and reached an agreement to withdraw the subpoena.

Respectfully submitted,

/s/ Christopher Gunther
Christopher Gunther
Brittany Libson

cc:    AUSAs Emily Johnson, David Robles and Thomas Burnett (via electronic mail)