UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -    X

UNITED STATES OF AMERICA    :

              v.    :

CARMINE SARNELLI,    :    S1 22 Cr. 116 (NRB)

          Defendant.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -    X

The above-named defendant, who is accused of violating Title 21, United States Code, Sections 841(b)(1)(A) and 846, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
CARMINE SARNELLI
Defendant

_____
Witness

_____
CHRISTOPHER GUNTHER, Esq.
Counsel for Defendant

Date:  New York, New York
       February 16, 2023



USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 1 6 2023