# Exhibit A

Case 1:22-cr-00116-NRB    Document 56-1    Filed 05/22/23    Page 2 of 22



*Certificate of Completion*

THIS ACKNOWLEDGES THAT

# SARNELLI CARMINE

HAS SUCCESSFULLY COMPLETED AN 8-WEEK

THE CHANGE WITHIN PROGRAM

ON OCTOBER 19, 2021

MS. REYES, MSW, FACILITATOR

MS. WHITE, MSW, DIRECTOR OF

SOCIAL SERVICES & RE-ENTRY PROGRAM

# *Certificate of Completion*

## THIS ACKNOWLEDGES THAT

# SARNELLI CARMINE

## HAS SUCCESSFULLY COMPLETED A 10-WEEK

## MEN EMPOWERING MEN PROGRAM

## ON OCTOBER 19, 2021



*ullReyes, MSW*
_____
MS. REYES, MSW, FACILITATOR

*D. ... MSW*
_____
MS. WHITE, MSW, DIRECTOR OF

SOCIAL SERVICES & RE-ENTRY PROGRAM

Case 1:22-cr-00116-NRB    Document 56-1    Filed 05/22/23    Page 4 of 22



*Certificate of Completion*

THIS ACKNOWLEDGES THAT

# SARNELLI CARMINE

HAS SUCCESSFULLY COMPLETED A 10-WEEK

CRIMINAL THINKING PROGRAM

ON NOVEMBER 15, 2021

MS. REYES, MSW, FACILITATOR

MS. WHITE, MSW, DIRECTOR OF

SOCIAL SERVICES & RE-ENTRY PROGRAM

Case 1:22-cr-00116-NRB    Document 56-1    Filed 05/22/23    Page 5 of 22

# Certificate of Completion

## THIS ACKNOWLEDGES THAT

# SARNELLI CARMINE

## HAS SUCCESSFULLY COMPLETED AN 10-WEEK

## POSITIVE PARENTING PROGRAM APPROVED BY

## ESSEX COUNTY CORRECTIONAL FACILITY

## ON JANUARY 28, 2022

_____
MS. REYES, MSW, FACILITATOR

_____
MS. WHITE, MSW, DIRECTOR OF

SOCIAL SERVICES & RE-ENTRY PROGRAM

# Certificate of Achievement

THIS ACKNOWLEDGES THAT

## CARMINE SARNELLI

HAS SUCCESSFULLY COMPLETED ANGER MANAGEMENT
AT ESSEX COUNTY DEPARTMENT OF CORRECTIONS ON

JULY 1, 2022



_____
MS. WARE, MSHS, FACILITATOR


MS. WHITE, MSW
DIRECTOR OF SOCIAL SERVICES



# *Certificate of Completion*

## THIS ACKNOWLEDGES THAT

# CARMINE SARNELLI

HAS SUCCESSFULLY COMPLETED AN 8 WEEK
SOCIAL SKILLS & RECOVERY MODULE
APPROVED BY THE

## ESSEX COUNTY CORRECTIONAL FACILITY

ON

*November 2, 2022*

Dr. R. Vega, PsyD

**Director of Substance Abuse Programs**

# WOPAS - Financial Literacy Education Giving Participants a Chance



**DORM 5**  Carmine Sarnelli

Jehu Hernandez Chaveria

Neil Sealey

## Jointly with ECCF
Presents

## *Introduction to Building Wealth - Financial Literacy Award*
## *Workshop Content*

*(Learn the Language, Budget to Save, Planning, Save and Invest)*

## To

### *Carmine Sarnelli*

In recognition for successfully completing ECCF — STAYING CONNECTED
FINANCIAL LITERACY PROGRAM

**Maritza Brown - President / CEO WOPAS**

Deidra White, MSW
Director of Social Services and Re-Entry

**November 23, 2022**

# *Certificate of Participation*

## THIS ACKNOWLEDGES THAT

# Carmine Sarnelli

HAS SUCCESSFULLY PARTICIPATED IN THE
### SUBSTANCE ABUSE PROGRAM
APPROVED BY THE

# ESSEX COUNTY CORRECTIONAL FACILITY

ON

## *March 2, 2023*

_____
**Ms. I Tejeda MA, CMH**
**Substance Abuse Counselor**

_____
**Dr. R. Vega, PsyD**
**Division Head, Inmate Programs &**
**Community Services**

Case 1:22-cr-00116-NRB    Document 56-1    Filed 05/22/23    Page 10 of 22

 

# Reporting: **Essex County Correctional**

Data current as of **4/18/2023, 3:00 am EDT**    REFRESH

OVERVIEW    ALL LEARNERS    E-LEARNING    EVENTS    RESOURCES

ADDITIONAL TRAINING    ASSESSMENTS    LEARNING PATHS

CREDENTIAL DOCUMENTS    CREDENTIALS    SURVEYS

**Select Reporting Scope**    ❓

**Current Scope:**

**All Available**

CHANGE    RESET

**Select Date Span**

| From: | To: | Or: | ❓ |
|---|---|---|---|
| mm/dd/yyyy | mm/dd/yyyy | Choose... ⌄ | |

SUBMIT

**Search**    ❓

Search for learners, courses, events, resources, assessments, learning paths, or

## Learner: Carmine Sarnelli

**Email:** 166331882@example.com
View Transcript
System Account Status: Active
Total CEUs Earned: 15.77
System Registration Date: 11/03/2021, 2:37 pm
Last Login Date: 04/11/2023, 5:01 pm

Site Account Status: Active

**Registration Fields:**
None
Site Member Since: 11/03/2021, 2:37 pm

**Reporting Groups:**
None

**Group Administration:**
None

## Lesson Status

The chart below displays the e-learning courses assigned to this learner within the selected



## Courses Assigned

The table below includes all e-learning courses assigned to this learner within the selected date span.

Show 10 ✓ entries     Search:

EXPORT (EXCEL/CSV)

| ID | Course Title | Collection Title | Lesson Status | Learner's Score | Ma: Sc |
|----|-------------|------------------|---------------|-----------------|--------|
| 21852 | (ISC)² Certified Authorization Professional (CAP) | - | Incomplete | 0.00 | |
| 4581 | Accessibility | - | Passed | 0.00 | |
| 11863 | Algebra Topics | - | Completed | 0.00 | |
| 23284 | Anger Management | - | Passed | 90.00 | |
| 22734 | Adapting to Change | - | Passed | 80.00 | |
| 4216 | Adult and Child CPR | - | Passed | 100.00 | |
| 3164 | Asbestos Safety Awareness | - | Passed | 90.00 | |
| 9403 | A Student Guide to Implicit Bias | - | Passed | 100.00 | |
| 9401 | A Student Guide to Drug and Alcohol Abuse | - | Passed | 0.00 | |
| 9401 | A Student Guide to Drug and Alcohol Abuse | - | Not Attempted | 0.00 | |

Showing 1 to 10 of 253 entries

First   Previous   1   2   3   4   5   ...   26   Next   Last

## Courses Completed

The table below includes all e-learning courses successfully completed or passed by this learner within the selected date span.

Show  100 ⌄  entries                    Search:

( EXPORT (EXCEL/CSV) )

| ID | Course Title | Collection Title | Lesson Status |
|---|---|---|---|
| 4581 | Accessibility | - | Passed |
| 11863 | Algebra Topics | - | Complete |
| 23284 | Anger Management | - | Passed |
| 22734 | Adapting to Change | - | Passed |
| 4216 | Adult and Child CPR | - | Passed |
| 3164 | Asbestos Safety Awareness | - | Passed |
| 9403 | A Student Guide to Implicit Bias | - | Passed |
| 9401 | A Student Guide to Drug and Alcohol Abuse | - | Passed |
| 4869 | American Heart Association Emergency First Aid | - | Complete |
| 4869 | American Heart Association Emergency First Aid | - | Complete |
| 8664 | Advanced Interpersonal Communication: Supervisors | - | Passed |
| 3213 | Anti-Discrimination Law: A Primer for Small Businesses | - | Complete |
| 8512 | Advanced Interpersonal Communication: Customers and Vendors | - | Passed |
| 8511 | Advanced Interpersonal Communication: Colleagues and Subordinates | - | Passed |
| 4672 | Affordable Care Act (ACA) Basics for Business Owners: 2016 Edition | - | Complete |
| 8509 | Advanced Interpersonal Communication: Communication Styles and Methods | - | Passed |
| 8661 | Advanced Interpersonal Communication: Building Relationships Through Feedback | - | Passed |
| 8487 | Advanced Interpersonal Communication: Organizational Culture (Instructor Guide) | - | Passed |
| 8482 | Advanced Interpersonal Communication: Building | - | Passed |

| | Relationships Through Feedback (Instructor Guide) | | |
| 22709 | Beyond Email | - | Passed |
| 3054 | Basic First Aid | - | Passed |
| 485 | Blended Learning | - | Passed |
| 22753 | Becoming Tech Savvy | - | Passed |
| 22757 | Basic Computer Skills | - | Passed |
| 22592 | Beginning a New Career | - | Passed |
| 22749 | Business Communication | - | Passed |
| 3195 | Bed Bug Protection Tips | - | Passed |
| 91 | Bloodborne Pathogens and HIV | - | Passed |
| 495 | Becoming a World Famous Mentor | - | Passed |
| 8568 | Business Ethics: Ethical Decisions | - | Passed |
| 8799 | Business Problem Solving: Problem-Solving Teams | - | Passed |
| 8794 | Business Problem Solving: Problem-Solving Basics | - | Passed |
| 8797 | Business Problem Solving: Problem-Solving Process | - | Passed |
| 8494 | Business Ethics: Whistle-Blowing (Instructor Guide) | - | Passed |
| 8792 | Business Problem Solving: Problem Solving in the Corporate World | - | Passed |
| 8790 | Business Problem Solving: Critical Thinking and Information Analysis | - | Passed |
| 22841 | Creativity | - | Passed |
| 22713 | Cover Letters | - | Passed |
| 3184 | Chainsaw Safety | - | Complete |
| 22735 | Career Experiences | - | Passed |
| 7303 | Cognitive Awareness | - | Complete |
| 4523 | Customer Management | - | Complete |
| 11533 | Cultural Competence | - | Passed |
| 4742 | Compressed Gas Safety | - | Complete |
| 8640 | Conflicts of Interest | - | Passed |

| 4890 | Customer Communication | - | Complete |
| 22726 | Careers Without College | - | Passed |
| 8803 | Coaching: Communication | - | Passed |
| 4427 | Customer Service Skills | - | Complete |
| 25405 | CERT Unit 2: Organization | - | Passed |
| 23615 | Contentious Relationships | - | Passed |
| 3095 | Creating a Safety Program | - | Passed |
| 22712 | Career Planning and Salary | - | Passed |
| 24379 | Choosing the Best Solution | - | Passed |
| 8809 | Coaching: The Coaching Process | - | Passed |
| 3196 | CERT Basic Training: Earthquakes | - | Complete |
| 8807 | Coaching: Interpersonal Meetings | - | Passed |
| 3076 | CERT Firefighter Rehab Operations | - | Passed |
| 24872 | CERT Unit 1: Disaster Preparedness | - | Passed |
| 8805 | Coaching: Fundamentals Of Coaching | - | Passed |
| 8801 | Coaching: Coaching Diverse Employees | - | Passed |
| 8811 | Conducting Meetings: Managing Meetings | - | Passed |
| 25146 | CERT Unit 3: Disaster Medical Operations | - | Passed |
| 3070 | CERT Basic Training: Disaster Preparedness | - | Complete |
| 11620 | Combating Sexual Harassment in the Workplace | - | Passed |
| 8519 | Conducting Meetings: Communicating Nonverbally | - | Passed |
| 530 | Conducting World Class Employee Investigations | - | Passed |
| 8521 | Creativity and Innovation: Personal Creativity | - | Passed |
| 20810 | Connecticut Sexual Harassment Prevention Training | - | Passed |
| 482 | Creating a World Famous Culture in your Workplace | - | Passed |
| 510 | Creatively Implementing a 360 Program on a Budget | - | Passed |
| 8520 | Creativity and Innovation: Creative Thinking Basics | - | Passed |

| | | | |
|---|---|---|---|
| 8527 | Creativity and Innovation: Promoting Team Creativity | - | Passed |
| 3075 | CERT Basic Training: Fire Safety and Utility Controls | - | Complete |
| 8569 | Conducting Meetings: Communicating As Meeting Leaders | - | Passed |
| 3077 | CERT Basic Training: Light Search and Rescue Operations | - | Complete |
| 8813 | Conducting Meetings: Fundamentals of Conducting Meetings | - | Passed |
| 509 | Creating a World Famous Employee Communications Strategy | - | Passed |
| 17484 | California Harassment Prevention Training for Team Members | - | Passed |
| 8625 | Conflicts of Interest Topic 1: What Is a Conflict of Interest? | Conflicts of Interest | Passed |
| 8518 | Conducting Meetings: Listening Effectively and Asking Questions | - | Passed |
| 90 | Child Abuse Prevention and Awareness for Supervisors and Managers | - | Passed |
| 8626 | Conflicts of Interest Topic 2: How to Manage a Conflict of Interest | Conflicts of Interest | Passed |
| 8570 | Conducting Meetings: Conflicts, Climates, and Difficult Personalities | - | Passed |
| 8550 | Cross-Cultural Business Communication: Addressing Cross-Cultural Issues | - | Passed |
| 8553 | Cross-Cultural Business Communication: Differences In Communication (Instructor Guide) | - | Passed |
| 16983 | California Harassment Prevention Training for Managers, Supervisors, and Salaried Employees | - | Passed |
| 24380 | Domestic Abuse | - | Passed |
| 3197 | Drug-Free Workplace | - | Passed |
| 22751 | Digital Media Literacy | - | Passed |
| 4639 | Driving Safety Off-Road Vehicles | - | Passed |
| 20646 | Diversity, Equity, and Inclusion Training | - | Passed |
| 529 | Draft Presentation: Storyboard of Results | - | Passed |
| 3942 | Ergonomics | - | Passed |
| 3094 | Electricity | - | Passed |

| 22727 | Email Basics | - | Passed |
| 4638 | Electrical Safety | - | Passed |
| 3205 | Equal Opportunity 101 | - | Complete |
| 8987 | Employee Performance: Feedback | - | Passed |
| 8985 | Employee Performance: Conflicts | - | Passed |

Showing 1 to 100 of 239 entries    First   Previous   1   2   3   Next   Last

## Assessments Obtained

The table below displays all obtained instances of this assessment within the selected date span by learners in the current reporting scope.

Show 10 ⌄ entries     Search:

**EXPORT (EXCEL/CSV)**

| Assessment | Recommendation | Grade | Started Date | Agreement Date | Completion Date | As |
|---|---|---|---|---|---|---|

The learner has not taken an assessment within the selected date spa

Showing 0 to 0 of 0 entries    First   Previous   Next   Last

## Assessments Taken

The table below displays all taken instances of this assessment within the selected date span by learners in the current reporting scope.

Show 10 ⌄ entries     Search:

**EXPORT (EXCEL/CSV)**

| Assessment | Recommendation | Grade | Started Date | Agreement Date | Completion Date | As |
|---|---|---|---|---|---|---|

The learner has not taken an assessment within the selected date spa

Showing 0 to 0 of 0 entries    First   Previous   Next   Last

## Events

The table below displays all events this learner attended or was invited to that have a starting time within the selected date span.

## Courses Completed

The table below includes all e-learning courses successfully completed or passed by this learner within the selected date span.

Show 100 ▼ entries                                    Search:

( EXPORT (EXCEL/CSV) )

| ID | Course Title | Collection Title | Lesson Status |
|---|---|---|---|
| 8983 | Employee Performance: Communication | - | Passed |
| 25885 | Effective Health and Safety Committees | - | Passed |
| 4379 | Ergonomics for Food Service and Retail | - | Complete |
| 8991 | Employee Performance: Resolving Conflicts | - | Passed |
| 3090 | Egress, Fire Prevention, & Fire Protection | - | Complete |
| 653 | Engaging Your Employees in a World Famous Way | - | Passed |
| 8989 | Employee Performance: Managing Difficult Employees | - | Passed |
| 3091 | Electrical Safety for the Non-Electrical Skilled Worker | - | Complete |
| 500 | Effectively Managing an Employee Engagement and Satisfaction Survey | - | Passed |
| 11870 | Fractions | - | Complete |
| 22728 | Freelance Work | - | Passed |
| 4155 | Forklift Safety | - | Complete |
| 3945 | Forklift: Material Handling | - | Complete |
| 3177 | Food Service Worker: Annual Food Safety Training | - | Complete |
| 3102 | Firefighter Life Safety Initiatives: How Can We Make it Better? | - | Complete |
| 11871 | Grammar | - | Complete |
| 22840 | Grammar | - | Passed |
| 11881 | Getting a Job | - | Complete |
| 6976 | GED: Introduction to the GED | - | Complete |
| 4751 | Heat Illness | - | Complete |
| 4751 | Heat Illness | - | Complete |

| 22714 | Introduction to Gmail | - | Passed |
|-------|----------------------|---|--------|
| 11864 | Introduction to Decimals | - | Complete |
| 11862 | Introduction to Addition and Subtraction | - | Complete |
| 11885 | Job Success | - | Complete |
| 22252 | Job Success | - | Passed |
| 22752 | Job Search and Networking | - | Passed |
| 499 | Labor Law Round Up | - | Passed |
| 25727 | LGBTQ+ Safe Zone Training | - | Passed |
| 3297 | Lightning Safety Awareness | - | Complete |
| 22827 | Learning Tips: How to Enjoy Learning | - | Passed |
| 3187 | Lockout-Tagout: Control of Hazardous Energy | - | Complete |
| 11886 | Money Basics | - | Complete |
| 22595 | Money Basics | - | Passed |
| 3183 | Mobile Equipment | - | Passed |
| 3104 | Mold Safety Awareness | - | Complete |
| 3212 | Medication Safety Basics | - | Complete |
| 11888 | Multiplication and Division | - | Complete |
| 16419 | Media and Social Media Best Practices | - | Passed |
| 8836 | Managing Performance: Legal Appraisals | - | Passed |
| 5041 | Machine Guarding and Amputation Hazards | - | Complete |
| 5041 | Machine Guarding and Amputation Hazards | - | Complete |
| 8834 | Managing Performance: Appraising Employee Performance | - | Passed |
| 8534 | Motivation: Identifying, Planning, and Implementing: The Core Four | - | Passed |
| 8541 | Motivation: Identifying, Planning, and Implementing: The Motivation Process | - | Passed |
| 8532 | Motivation: Identifying, Planning, and Implementing: Positive Mental Attitude | - | Passed |
| 8543 | Motivation: Identifying, Planning, and Implementing: Using What You've Learned | - | Passed |

| 3123 | NIEHS Driving Hazard Awareness | - | Complete |
| 22716 | Online Money Tips | - | Passed |
| 23286 | Offender Corrections | - | Passed |
| 23616 | Offender Responsibility | - | Passed |
| 3219 | Office Safety and Health | - | Complete |
| 4752 | Outdoor Personal Protective Equipment (PPE) | - | Complete |
| 8639 | Overview of the Americans with Disabilities Act | - | Passed |
| 8840 | Organizational Communication: Communication Basics | - | Passed |
| 8852 | Organizational Communication: Power, Politics, and Diversity | - | Passed |
| 3150 | Overview of Enforcement for Occupational Exposure to Tuberculosis (TB) | - | Complete |
| 8634 | Overview of the Americans with Disabilities Act Topic 1: Overview of the ADA | Overview of the Americans with Disabilities Act | Passed |
| 8635 | Overview of the Americans with Disabilities Act Topic 2: Reasonable Accommodations | Overview of the Americans with Disabilities Act | Passed |
| 22842 | Part-time Jobs | - | Passed |
| 3086 | Planning for Emergencies | - | Passed |
| 5039 | Pesticides and Chemical Safety | - | Complete |
| 4455 | Permit-Required Confined Spaces | - | Passed |
| 3055 | Preventing Violence at the Workplace | - | Complete |
| 3121 | Preparing Workplaces for Pandemic Flu | - | Complete |
| 9001 | Project Teams: Creating a Project Team | - | Passed |
| 3225 | Preventing Cuts, Scrapes, and Punctures | - | Complete |
| 8999 | Project Teams: Conducting Team Meetings | - | Passed |
| 9005 | Project Teams: Projects and Project Teams | - | Passed |
| 25923 | Power and Pride: The Origins of Pride Month | - | Passed |
| 3074 | Preventing Violence at the Workplace - Retail | - | Complete |
| 8996 | Project Teams: Communicating in a Project Team | - | Passed |
| 9003 | Project Teams: Preparing Teams for Project Work | - | Passed |

| 9017 | Project Teams: Decision-Making in a Project Team | - | Passed |
| 3867 | Preventing Needlesticks and Other Sharps Injuries | - | Complete |
| 3260 | Protecting Yourself While Responding to Earthquakes | - | Complete |
| 3501 | Preventing Sexual Harassment and Understanding California Law | - | Complete |
| 8942 | Quality Management: A Path for Change | - | Passed |
| 8935 | Quality Management: Causes Of Problems | - | Passed |
| 8932 | Quality Management: Customer Orientation | - | Passed |
| 8930 | Quality Management: The Costs Of Quality | - | Passed |
| 8938 | Quality Management: Ideas and Organization | - | Passed |
| 8944 | Quality Management: Implementing Quality Changes | - | Passed |
| 8940 | Quality Management: Preparing to Change Processes | - | Passed |
| 8934 | Quality Management: Understanding Current Performance | - | Passed |
| 8928 | Quality Management: Fundamentals Of Quality Management | - | Passed |
| 11887 | Resume Writing | - | Complete |
| 22733 | Resume Writing | - | Passed |
| 4383 | Respiratory Protection Standard | - | Complete |
| 4383 | Respiratory Protection Standard | - | Complete |
| 4383 | Respiratory Protection Standard | - | Complete |
| 503 | Roaring Rewards: Creating a World Famous Employee Recognition Program | - | Passed |
| 3133 | Reducing Foodborne Illness Risk Factors in Food Service and Retail Establishments | - | Complete |
| 24382 | Substance Abuse | - | Passed |
| 3120 | Scaffolding Safety | - | Complete |
| 4577 | Safe Patient Handling | - | Passed |
| 3119 | Safe Vehicle Operation | - | Complete |
| 3224 | Sanitation and Hygiene | - | Complete |
| 3151 | SARS: Protecting Workers | - | Complete |

## Courses Completed

The table below includes all e-learning courses successfully completed or passed by this
learner within the selected date span.

Show  100 ∨ entries                                Search:

( EXPORT (EXCEL/CSV) )

| ID | Course Title | Collection Title | Lesson Status |
|---|---|---|---|
| 3293 | Safety Training for Supervisors | - | Complete |
| 3106 | Scaffold and Ladder Safety Training | - | Passed |
| 3500 | Sexual Harassment Prevention for Employees | - | Passed |
| 8862 | Strategic Decision Making: Group Decisions | - | Passed |
| 615 | Seven Secrets to Effective Public Speaking | - | Passed |
| 8856 | Strategic Decision Making: Decision Options | - | Passed |
| 8858 | Strategic Decision Making: Decision Results | - | Passed |
| 3165 | Safety Communication and Training Techniques | - | Complete |
| 8860 | Strategic Decision Making: Complex Decisions | - | Passed |
| 5344 | Safety and Survival in an Active Shooter Event | - | Passed |
| 8864 | Strategic Decision Making: Negotiation Decisions | - | Passed |
| 3226 | Suicide Prevention: Saving Lives One Community at a Time | - | Complete |
| 8857 | Strategic Decision Making: Decision Options (Instructor Guide) | - | Passed |
| 501 | Setting & Maintaining Brand Standards: Guest Feedback & Survey Tools | - | Passed |
| 3218 | The NoFEAR Act | - | Complete |
| 3180 | The Safe Food Handler | - | Passed |
| 3149 | Train-the-Trainer: Training Methods | - | Complete |
| 504 | The Latest and Greatest in Employee Benefits | - | Passed |
| 7302 | Thinking Skills Course Quiz (Cognitive Awareness) | Cognitive Awareness | Passed |
| 4026 | The Globally Harmonized System (GHS) for Hazard Classification and Labeling | - | Complete |
| 7294 | Unit 1: Beginnings (Cognitive | Cognitive Awareness | Complete |

Awareness)

| 4363 | Understanding the Basic Concepts of HIPAA | - | Complete |
| 7296 | Unit 3: Living Above 500 (Cognitive Awareness) | Cognitive Awareness | Complete |
| 7297 | Unit 6: Life and Addictions (Cognitive Awareness) | Cognitive Awareness | Complete |
| 7295 | Unit 2: The Subconscious Mind (Cognitive Awareness) | Cognitive Awareness | Complete |
| 3282 | Universal Design: Providing Accessibility to All (Webinar) | - | Passed |
| 7298 | Unit 9: How to be Happy and Successful in Life (Cognitive Awareness) | Cognitive Awareness | Complete |
| 507 | Volunteers and Change Management | - | Passed |
| 563 | Volunteer Recognition on a Next-to-Nothing Budget | - | Passed |
| 22828 | Writing Skills | - | Passed |
| 11865 | What is Facebook | - | Complete |
| 22715 | Workplace Basics | - | Passed |
| 3198 | Wellness Programs | - | Complete |
| 23720 | Welcome to the CypherWorx LCMS - ViaPath | - | Complete |
| 3066 | What's Bugging You? Communicable Diseases | - | Complete |
| 651 | World Class Innovations in Human Resources | - | Passed |
| 94 | Worms, Germs and You (Introduction to Zoonotic Disease) | - | Complete |
| 4359 | Young Worker Safety Training: Module 1 | - | Complete |
| 3032 | Young Worker Safety Training: Modules 2 & 3 | - | Complete |

Showing 201 to 239 of 239 entries        First    Previous    1    2    3    Next    Last

## Assessments Obtained

The table below displays all obtained instances of this assessment within the selected date span by learners in the current reporting scope.

Show  10  ⌄  entries                     Search:

( EXPORT (EXCEL/CSV) )