# Exhibit B

<u>To:</u> **The Honorable Judge Naomi R. Buchwald**

I hope all is well, I am writing you this letter today to offer my sincerest apologies for my actions that led to my guilty plea that I will be sentenced for in your court. I have let a lot of people down in my life at this very moment and I apologize to my family and friends affected by my actions. I am very much ashamed and embarrassed of my actions and also what I am putting my family through. Your honor, my honest intention in writing this letter is to show you I am a different man then when I got arrested two years ago.

I once was lost because I was a drug addict. Finally, understanding that has led me to a path of recovery. It started one morning when I chose to look myself in the mirror. I was sitting in jail and did not like the man that was staring back at me. That was my first day of recovery, because at that moment I realized I was the problem, in that acknowledgement, I chose to change me. I then reflected over my actions of the past and was horrified. The harm that I caused to my family, friends and people I know and the unintended consequence to even people I do not know that were caught in my toxic actions is irreprehensible. I cannot apologize enough to everyone for my behavior, including this honorable court and resources that were spent.

"Every flower must grow through dirt" goes the saying. Thoreau once said "not until we are lost do we begin to understand our selves". I planted a seed of recovery over two years ago so I could push through the dirt today.

I stand here today ready to accept my punishment for my past behavior, in my heart I say that no one deserves a second chance in life, myself included, but I do believe I can earn a second chance. That is what I will continue to work towards, I have zero disciplinary history at Essex County Correctional Faculty and I will continue that through my term of incarceration. I will continue to make amends to everyone I have harmed through my education and drug abuse classes that are offered, in addition to any behavioral courses so I may continue to earn my place someday back in society. I sincerely apologize to everyone.

I brought two incredible boys into this world and they are so ashamed of me, they have cut off all contact with me. I want to reconnect with my two children again. The last time I have seen them was 2018 and it kills me inside every day that I don't have contact with them. I send them birthday and Christmas cards every year, I miss them dearly.

"If the only tool in your toolbox is a hammer, every problem will look like a nail"... drugs were my hammer and I addressed every problem in my life with drugs. I know the federal government offers excellent programs that can help me recover from substance abuse to RDAP that will give me the building blocks and tools that I can carry with me the rest of my life and use to continue to make me better. Also, to share with others that have had to face my challenges of the past. If I can help others to change and make a difference in others' lives, then all of this has served a greater purpose and this time I have helped

society with an intended consequence. If you can put in a court order for RDAP, I will continue to earn my place in society and I would greatly appreciate it.

I am a nonviolent person and I will continue to be nonviolent. This pause in my life actually saved my life. I can promise you one thing, I will never get arrested again! I humbly ask that you please tailor a sentence that addresses my drug problem.

Warmest Regards,

Carmine A. Sarnelli