# Exhibit C

May 8th 2023

Dear Judge Buchwald,

My name is Kimberly Olsen. I am a 34 year old single, stay-at-home mother and live in Mount Sinai, NY with my grandmother, father, and 1 year old daughter. Before my daughter came along I worked in retail and at various veterinary hospitals. I made the decision to go back to school and I will be enrolling in the nursing program at Suffolk County Community College in the fall 2024 semester.

I am writing on behalf of Carmine Sarnelli; or Tony as I know him. We met several years ago through a mutual friend. Although we did not know each other all that well, we would hang out with the same circle of friends and he was always very kind and friendly towards me. I know him to be a genuine, good natured person.

When we met I was at a pretty low point in my life. I have struggled with substance and alcohol abuse since I was 18 years old. I finally surrendered and made the decision to enroll into an intensive outpatient program which I have since successfully completed. But the real change happened when I started working a 12 step program. I attend regular meetings, hold a commitment in my home group and I have strong ties in the recovery community, which I believe to be the key to my success. I am very proud and grateful to say that I have almost 2 years of sobriety under my belt now. It has afforded me a beautiful life where I can focus on becoming the best-version-of-myself and help others.

I hope that I can be a power of example for Tony and If and when he needs me, I'll be there to help him out in any way I can. I am hoping that you can take this into consideration and show some leniency with his sentencing. Thank you for your time. I am available if you have any questions or concerns.

Kimberly Olsen
c. 631-508-8895
kimberlyolsen280@gmail.com