# Exhibit D

Dear Judge Buchwald,

My name is Nicola Sarnelli, and I am Carmine Sarnelli's uncle. I am his father's brother. I currently live in East Rockaway New York, South Shore Nassau County near Long Beach. I contracted multiple sclerosis and presently I am a quadrupled, I am not really able to get around and need constant assistance.

My brother married Carmine's mother, Diane in mid 1970s. My brother was Anthony Sarnelli. The thing with their marriage is that it was not good – she was somewhat of a drug abuser, and I don't know 100% but apparently, she was unfaithful to my brother multiple times. My brother filed for divorce. In the beginning of divorce, she had custody of Tony. The thing was multiple times when my brother when to pick up Tony, he was unbathed and not really well taken care of. That is when he filed to get full custody from her and was granted full custody.

After that, he was able to gain custody of Tony and that is when Tony started living with me and my parents in our house in Inwood. That was around 1979. Tony was going to elementary school, he seemed to have a pretty content life, and he would see his mother once a month on weekends, and that was the way they were.

Things were going pretty well until my brother got killed. My brother was executed or killed at a work site in Harlem on a building he was working on – he was shot 9 times. After my brother's death, when the FBI and cops came to the house, they seemed to have known who my brother was, it's almost like he was working with him. That is one of the reasons we thought he was killed, they may have pegged him as an informant.

His father's death affected Tony pretty severally, his father was his primary caretaker. After his father died, it was all of us who became the support system for Tony. My father, mother, sister who came back from Texas, all helped out, it was a whole family support.

I hope the judge grants leniency on Tony on the basis he did have a very rough life, he didn't have a mother figure, she was a drug abuse, he lost his father as a very young age. We tired to fill it but its not the same. Then my sister got killed by a drunk driver and he lost another person in his life. Before that, my father died too. After a while, it was just me and my mother doing the best we could. Since I was working all the time, it was hard for me to always be around.

I hope to reconnect with him after he is released.


Sincerely,

Nicola Sarnelli