# Exhibit E

**Christopher V. Mustello Jr.**
4089 Express Dr. N
Ronkonkoma, N.Y. 11779
(631) 778-5764
 cvmjr67@gmail.com

17 May 2023

Dear Judge Buchwald,

I am writing to you on behalf of Carmine Sarnelli. He is one of my dearest friends who has helped me many times through some trials and tribulations that I couldn't seem to put together and see through someone else's eyes. I met Carmine Sarnelli 6 years ago through a friend. He has 2 boys of his own and I know he loves very much and would like to connect with and be the father He knows to be and a friend that I know him as . He has told me how sorry he was to be involved in the lifestyle he became part of because he lost his title at work as well as the title of s father which I know he wants back. I hope you can find it in your heart and know that where he is now he never will do anything to go back, once he has his family and friends back. Thank You for taking the time to read my letter.

Sincerely,

Christopher V Mustello Jr.