Carmine Sarnelli
Reg #: 45345-509
FCI Otisville
P.O. Box 1000
Otisville, NY  10963

Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

August 25, 2023

Re: United States of America v. Carmine Sarnelli
    22 Cr. 116 (NRB)

Dear Your Honor,

As you are aware, I was sentenced by you on June 6, 2023 with
reference to the above case. My counsel at that time has since
left my case.

I respectfully request that I be appointed new counsel under the
Criminal Justice Act for the purposes of filing a 2255 habeus
corpus appeal due to ineffective assistance of counsel as well
as other constitutional grounds.

I thank you in advance for your kind consideration.

Sincerely,

Carmine Sarnelli
Reg #: 45345-509
FCI Otisville

⇔45345-509⇔
Carmine Sarnelli
FCI Otisville Camp
PO BOX 1000
Otisville, NY 10963
United States

WESTCHESTER NY 105

12 SEP 2023 PM 3 L

Crim Doc
B.C

RECEIVED

SEP 1 4 2023

CLERK'S OFFICE
S.D.N.Y.

⇔45345-509⇔
Ruby Krajick
Court Clerk
500 Pearl ST
NEW YORK, NY 10007
United States

10007-131699