TRULINCS  45345509 - SARNELLI, CARMINE A - Unit: TAL-A-M

-------------------------------------------------------------------------------------------------

FROM: 45345509
TO:
SUBJECT: LETTER OF NOTICE-Change Of Address
DATE: 10/15/2024 03:09:36 PM

Carmine Sarnelli
Reg. No.: 45345-509
FPC Pensacola
Federal Prison Camp
P.O. Box 3949
Pensacola, FL 32516

Honorable Judge Naomi Reice Buchwald
United States District Court for the Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re: LETTER OF NOTICE
United States v. Carmine Sarnelli
Case No.: 22-Cr-116 (NRB)

Dear Judge Buchwald,

I, Carmine Sarnelli, filed motions pursuant to 28 U.S.C. 2255 and 18 U.S.C. 3582. I am writing this letter to inform this Honorable Court and the U.S. Attorney's office that my mailing address has now changed to the above. I have been in transit for over 5 weeks now. I am proceeding Pro Se and remain incarcerated at the above address. As such, I have no access to the ECF portal.

In light of this, I am respectfully requesting that this Honorable Court direct and order that I be mailed copies of any, and all, further ECF filings to the above address.

Respectfully Submitted,

Carmine Sarnelli
Reg. No.: 45345-509
FPC Pensacola
Federal Prison Camp
P.O. Box 3949
Pensacola, FL 32516

CARMINE SARNELLI
Reg.# 45345-509
FDC TALLAHASSEE
P.O. Box 5000
TALLAHASSEE, FL 32314

RECEIVED
OCT 22 2024
CLERK'S OFFICE
S.D.N.Y.

USM P3
SDNY



Attorney
Services

COURT CLERK
ATTN: RUBY KRAJICK
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, N.Y. 10007

Case 1:22-cr-00116-NRB   Document 74   Filed 10/24/24   Page 2 of 2